# UNITED STATES DISTRICT COURT
### for the
### Northern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>William Fredric Harrison, Jr.<br><br>*Defendant(s)* | Case No.<br>18-MJ-399 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 23 - 29, 2018** in the county of **Allamakee** in the **Northern** District of **Iowa**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(3) | Possession of Ammunition by an Unlawful User of a Controlled Substance. |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Bill Nixon, Decorah Police Chief
*Printed name and title*

Sworn to me by phone and other reliable electronic means.

Date: 12/10/2018

*Judge's signature*

City and state: Sioux City, Iowa

KELLY K.E. MAHONEY, Chief U.S. Magistrate Judge
*Printed name and title*

STATE OF IOWA )
) Affidavit
COUNTY OF LINN )

1. I, Bill Nixon, being first duly sworn, on oath depose and state that I am the Chief of Police for the City of Decorah, Iowa. I have been a sworn police officer for over 30 years. I attended the San Diego County Sheriff's Academy. I was a police officer with the Coronado, California Police Department for three years and the Chula Vista, California Police Department for nine years. I have worked as a law enforcement officer in Iowa for the Decorah Police Department for 21 years, serving as the Chief of Police for approximately the last 8 years. I am a graduate of the Federal Bureau of Investigation ("FBI") National Academy. I have attended training in many different disciplines over many years.

2. The information contained in this affidavit includes information gathered by me as well as other law enforcement officers. The information contained in this affidavit is drawn from information by other law enforcement officers and government agencies, my own experience and training, the experiences of other agents, and the review of documents and other items. Where statements of others are set forth in this affidavit, they are set forth in substance and not verbatim, unless specifically indicated otherwise.

3.      This affidavit is submitted for the purpose of establishing probable cause in support of an application to arrest WILLIAM FREDRIC HARRISON, JR. for a violation of Title 18, United States Code, Section 922(g)(3) (Possession of Ammunition by an Unlawful User of a Controlled Substance).

4.      This affidavit contains only a summary of certain facts. I have not included every fact known to me or other investigators concerning the individuals and events described in the affidavit.

5.      On November 24, 2018, a male person, later identified as Harrison, made a number of calls to the Winneshiek Medical Center ("the Hospital") Emergency Room ("ER"). In some of the calls, Harrison spoke with the ER receptionist, T.K. Harrison indicated to T.K. that he wanted a prescription for anxiety without being seen at the ER. According to T.K., Harrison was "extremely agitated" and at one point stated,

> no one believes me, when I say I have anxiety, I am not coming down there because I have been humiliated multiple times. I went to see Dr. [L.] and he didn't believe. I hate that son of a bitch. I hate his guts I could shoot him. Then I went to see Dr. [W.] he was a great guy. He was very helpful but Dr. [L.], I could go get a gun. I want him dead. You fuckers don't understand the terror that I am feeling. I want to come down there and make all of you feel the terror that I am feeling. All of you will be dead.

Harrison then hung up the phone.

6.  Harrison's calls triggered a two-day lockdown of the Hospital. Harrison caused significant disruption to the normal business of the Hospital.

7.  Initially law enforcement officers were unable to identify Harrison as the caller to the ER. However, on November 28, 2018, the Decorah Police Department received a call from Northeast Iowa Behavioral Health ("Behavioral Health"), reporting a call from a male subject who was making vague threats about shooting places up and harming himself and others.

8.  On November 29, 2018, I contacted Behavioral Health to discuss similarities to the calls received by the Hospital. Behavioral Health asked what language the subject used, and I identified "global warming," "Pentagon," and "Valium," as some of the terms used. Behavioral Health said their caller also made reference to those matters, as well. Behavioral Health identified their caller as William Fredric Harrison, Jr. and said his phone number was 563-546-XXXX. I identified this number as an Ascentek number and asked Ascentek for an exigent circumstances record search of that phone number. Ascentek confirmed the number belonged to William Fredric Harrison Jr. of 183 Old Spruce Dr., Decorah, IA 52101. Ascentek provided call data for this number for November 24, 2018, between 800 and 1700 hours. Ascentek indicated Harrison's number had called the Winneshiek Medical Center, and there were calls placed at 1226 hours, 1321 hours, and 1328 hours, which is about the time the ER reported receiving the calls in question. Ascentek also identified numerous calls to Behavioral Health from Harrison's phone number.

3

9. Also on November 29, 2018, law enforcement officers obtained and executed a state search warrant for Harrison's residence. Harrison's residence has a Decorah address but is located in Allamakee County. Harrison was the only person present at the residence at the time of the search warrant's execution. During the search of Harrison's residence, a Gander Mountain shopping bag was seized. Located in the bag was a box of 200 rounds of Remington .223 ammunition. Also found in the same bag was a Gander Mountain receipt, dated November 23, 2018, for purchase of this ammunition. Additionally, there was an item on the receipt listed as "400 EL RD ML 556 3DR," with a purchase price of $1126.99. Gander Mountain identified this item as a Sig Sauer SIGM400 (5.56 cal. or .223 cal.) assault-style rifle. Gander Mountain indicated Harrison had purchased the firearm and the ammunition at Gander Mountain in LaCrosse, Wisconsin, on November 23, 2018. However, a "NICS" background check at the time of purchase placed the transaction in a "Delayed" status and Harrison was unable to take the rifle from the store at that time.

10. In the course of the investigation of Harrison, law enforcement officers discovered that, on November 28, 2018, Harrison filed an application with the Allamakee County Clerk of Court for the return of a number of other firearms. The Allamakee County Sheriff had seized these firearms in 2016 after Harrison was arrested on domestic assault charges, following an allegation by Harrison's then-wife that Harrison may have struck her with the handle of an axe. Harrison later

4

pled guilty to possession of marijuana and non-domestic simple assault in that 2016 case.

11. During the search of Harrison's home on November 29, 2018, officers located six blown glass pipes in plain view, some of them containing residue consistent in view and smell to marijuana. They also found empty baggies containing a green leafy substance consistent with marijuana and an Ohous brand triple beam balance scale, which is commonly used for measuring the weight of controlled substances.

12. In an interview with law enforcement on November 29, 2018, Harrison admitted he made calls to the ER on November 24, 2018, but stated he just needed a Valium. Harrison also admitted he drove to the ER on that date.

13. On December 7, 2018, law enforcement obtained a search warrant for Harrison's urine. The urine presumptively tested positive for marijuana use. Laboratory results remain pending.

14. Because it appears the Remington .223 ammunition discovered in Harrison's Iowa home was purchased at the Gander Mountain in Wisconsin, it is my opinion that this ammunition, and regardless of its place of manufacture, must have traveled across a state line in November 2018. In any event, I am unaware of any Remington ammunition that is commercially manufactured within the State of Iowa.

15. Based on the foregoing, my knowledge, training and experience, I respectfully submit there is probable cause to believe William Fredric Harrison, Jr. has committed a violation of Title 18, United States Code, Sections 922(g)(3) (Possession of Ammunition by an Unlawful User of a Controlled Substance).

I declare under penalty of perjury the foregoing is true and correct.

_____
Bill Nixon
Chief of Police
Decorah Police Department

Subscribed and sworn to me by phone and other reliable electronic means this 10th day of December, 2018.

_____
KELLY K.E. MAHONEY
Chief United States Magistrate Judge
Northern District of Iowa

6